## HOST AMERICA CORPORATION *v.* DEBRA RAMSEY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 107 Conn. App. 849 (AC 28488), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*David A. Ryan, Jr.,* and *Heather L. Bannister,* in support of the petition.

*Joseph D. Garrison* and *Robert A. Richardson,* in opposition.

Decided September 5, 2008

## STATE OF CONNECTICUT *v.* JASON A. GORISS

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 264 (AC 26963), is denied.

*Mary Boehlert,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided September 5, 2008